UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO.   8:16-cr- 193 17 vA
                                          18 U.S.C. § 1621

CLIFFORD J. DAVIS

## INFORMATION

The United States Attorney charges:

### A.   Introduction

At all times material to the Information:

1.   The Office of The United States Trustee ("U.S. Trustee") was a component of the U.S. Department of Justice responsible for overseeing the administration of bankruptcy cases and private trustees.

### COUNT ONE
### (Perjury – 18 U.S.C. § 1621)

On or about June 24, 2011, within the Middle District of Florida,

CLIFFORD J. DAVIS,

defendant herein, did knowingly make a false material statement under oath to the appointed U.S. Trustee at the 341 creditor's meeting in connection with the voluntary petition of bankruptcy filed under case number 8:11-bk-9764-CED, when Davis testified that Kronos Construction Services had an unsecured claim belonging to the debtor, Taipan II LLC, in the nature of a "note," which statement Davis knew was false and material, as the claim belonged to Davis personally, not

Taipan II, and which claim was listed in the List of Creditors Holding 20 Largest

Unsecured Claims filed in the bankruptcy case on June 2, 2011.

In violation of Title 18, United States Code, Section 1621.

A. LEE BENTLEY, III
United States Attorney

By: _____
KELLEY HOWARD-ALLEN
Assistant United States Attorney

By: _____
ROBERT A. MOSAKOWSKI
Assistant United States Attorney
Chief, Economic Crimes Section

T:\_Cases\Criminal Cases\D\DAVIS, Cliff_2010R02984_KCH\p_INFORMATION_CLIFF DAVIS_Perjury Amded.docx